1  Paul D. Powell, Esq. (SBN 7488)
2  Tom W. Stewart, Esq. (SBN 14280)
   **The Powell Law Firm**
3  8918 Spanish Ridge Avenue, Suite 100
   Las Vegas, Nevada 89148
4  paul@tplf.com | tom@tplf.com
   Phone: 702.728.5500 | Facsimile: 702.728.5501
5  *Attorneys for Plaintiff*

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  JAMES COBB, an individual,

9          Plaintiff,        Case No. 2:21-cv-00677-GMN-NJK

10   vs.

11 ROY FLENOY, an individual; UNITED STATES     **STIPULATION AND ORDER TO AMEND**
12 POSTAL SERVICE; DOES I-X, and ROE            **COMPLAINT**
   CORPORATIONS I-X, inclusive,
13
14         Defendants.

15     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James Cobb, by
16 and through his attorneys, Paul D. Powell, Esq. and Tom W. Stewart Esq., of The Powell Law Firm,
17 and Defendants, Roy Flenoy and the United States Postal Service, by and through their attorney
18 Irvin Brian, Esq., of United States Attorney's Office, District of Nevada, that Plaintiff be permitted
19 to substitute the United States of America as a Defendant in place of the currently named
20 defendants, Roy Flenoy and the United States Postal Service.
21 / / /

- 1 -

The United States Attorney's Office, District of Nevada is authorized to accept service of the Amended Complaint, in this matter only, on behalf of the United States of America.

Pursuant to Local Rule 15-1(a), a proposed Amended Complaint is attached hereto as Exhibit 1.

DATED this 27th day of May, 2021.                    DATED this 10 day of June, 2021.

THE POWELL LAW FIRM                                  UNITED STATES ATTORNEY'S OFFICE,
                                                     DISTRICT OF NEVADA

By: */s/Tom W. Stewart*                              By: */s/Brian Irvin*
Tom W. Stewart, Esq.                                 Brian Irvin, Esq.
8918 Spanish Ridge Avenue, Suite 100                 501 Las Vegas Blvd South Suite 1100
Las Vegas, Nevada 89148                              Las Vegas, Nevada 89101
Attorneys for Plaintiff                              Attorneys for the United States

**ORDER**

    **IT IS SO ORDERED**:

_____
United States Magistrate Judge

DATED: June 11, 2021
_____

Respectfully submitted by:

THE POWELL LAW FIRM

/s/ Tom W. Stewart
Paul D. Powell, Esq. (7488)
Tom W. Stewart, Esq. (14280)