CHRISTOPHER CHIOU
Assistant United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| James Cobb, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>The United States of America, et al.,<br><br>     Defendants. | Case No. 2:21-cv-00677-GMN-NJK<br><br>**Stipulation to Extend Deadlines**<br>**(First Request)** |

Pursuant to Local Rule 26-4 and Local Rule IA 6-1, the parties respectfully move for a 90-day extension of the remaining deadlines. This is the first request for an extension of time. This stipulation is filed more than 21 days before the next pending deadline in the Discovery Plan and Scheduling Order.

**A. Discovery completed to date**

The parties have provided Rule 26 disclosures and exchanged written discovery (including interrogatories, document productions), subpoenaed multiple third parties, and otherwise diligently moved forward in this matter.

**B. Remaining Discovery**

The parties anticipate depositions of fact witnesses and expert witnesses. The parties are still exchanging documents. The parties will disclose initial and rebuttal expert reports.

They will continue written discovery including subpoenas to third parties. They will continue to provide supplemental disclosures.

### C. Reasons for Requested Extension

The parties attempted to schedule the deposition of the Plaintiff in early December. However, due to scheduling conflicts, the parties canceled, and are currently rescheduling, his deposition. The parties anticipate that all party depositions will be completed by March 2022. Once percipient witness depositions are completed, the parties will take depositions of treating physicians before making initial expert disclosures. Given the rescheduling of depositions, the parties do not have sufficient time to complete the remaining depositions, obtain transcripts, and work with experts to review and incorporate the information into their respective disclosures before the current expert deadline.

Moreover, counsel for Defendant, AUSA Brian Irvin, will be transferring from the District of Nevada on December 23, 2021. The case has since been reassigned to another AUSA. Defendant requires additional time for the newly assigned attorney to review the file and get up to speed before proceeding with further discovery, including the taking of plaintiff's deposition.

Finally, the parties are seeking the 90-day extension because they anticipate difficulty scheduling depositions around the holidays, and they wish to allow sufficient time to complete the necessary discovery. The parties have and will continue to cooperate in conducting discovery and are seeking this extension in good faith and without purpose of delay.

### D. Proposed revised discovery schedule

|  | Current due date | **Proposed due date** |
| --- | --- | --- |
| Add/Amend Parties | December 22, 2021 | **March 22, 2022** |
| Expert Disclosures | January 21, 2022 | **April 21, 2022** |
| Rebuttal Expert Disclosures | February 21, 2022 | **May 23, 2022** |

2

| | | |
|---|---|---|
| Discovery Cut-Off | March 22, 2022 | **June 22, 2022** |
| Dispositive Motions | April 21, 2022 | **July 22, 2022** |
| Pre-Trial Order | May 21, 2022 | **August 22, 2022** |

Respectfully submitted this 17th day of December 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Brianna Smith
BRIANNA SMITH
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Brianna.smith@usdoj.gov
*Attorneys for the United States*

THE PAUL POWELL LAW FIRM

/s/ Tom Stewart
TOM STEWART
8918 Spanish Ridge Ave Suite 100
Las Vegas, NV 89148
TStewart@tplf.com
*Attorneys for Plaintiffs*

The Court will grant this stipulation for extension. Given the extended discovery period already allowed and the thinness of the showing made herein for a 90-day extension, the Court is not inclined to grant further extensions.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 20, 2021

3