UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COBB,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00677-GMN-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is Defendant's motion to stay discovery, which is unopposed. Docket No. 20. The Court does not require a hearing on the motion. *See* Local Rule 78-1.

The Court has broad discretionary power to control discovery. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).

Defendant seeks a stay of discovery pending resolution of its motion seeking sanctions for alleged discovery violations. *See* Docket No. 19. A sufficient showing has not been made that a stay of discovery is warranted. It is counterintuitive to issue an order stopping discovery predicated on an argument that an opposing party has not been engaging in discovery.[1] Indeed, in the event the opposing party eventually engages in discovery, albeit in belated fashion, such efforts may be pertinent to whether sanctions are imposed and, if so, which sanctions are imposed. *Cf. United States ex rel. Wiltec Guam, Inc. v. Kahaluu Constr. Co.*, 857 F.2d 600, 604 (9th Cir. 1988).

---

[1] A motion to stay discovery is typically filed pending resolution of a motion to dismiss, which is by its nature designed to enable a challenge to the pleadings without the need to obtain discovery. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

1

Accordingly, the motion to stay discovery is **DENIED**.

IT IS SO ORDERED.

Dated: April 26, 2022

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge