BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for Defendant*
*United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James Cobb, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>United States of America, a sovereign entity; DOES I-X, and ROE CORPORATIONS I-X, inclusive<br><br>        Defendants. | Case No. 2:21-cv-00677-GMN-NJK<br><br>**Stipulation and Order to Dismiss Case with Prejudice** |

    The parties, through their attorneys, stipulate to dismiss this case, with prejudice, and with each party to bear their own attorneys' fees and costs.

    Respectfully submitted this 28th day of July 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br><br> */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney | THE POWELL LAW FIRM<br><br><br>*/s/ Tom W. Stewart*<br>Tom W. Stewart, Esq. #14280 |

**IT IS SO ORDERED.**

Dated this  28  day of July, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT